14409-1

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEN DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-cv-1362 |
| | ) | |
| FIFTH SEASON RESIDENTIAL, LLC, | ) | |
| D/B/A, FIFTH SEASON ASSISTED LIVING | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT FIFTH SEASON RESIDENTIAL, LLC'S
## NOTICE OF REMOVAL

NOW COMES Defendant, FIFTH SEASON RESIDENTIAL, LLC, D/B/A FIFTH SEASON ASSISTED LIVING (hereinafter "FIFTH SEASON RESIDENTIAL, LLC"), and pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, and hereby removes this action to the United States District Court for the Southern District of Illinois. In support of this Notice, FIFTH SEASON RESIDENTIAL, LLC states as follows:

1. On November 16, 2020, Plaintiff, Ken Daniels, filed his Complaint against Defendant in the Second Judicial Circuit Court, Franklin County, State of Illinois, seeking damages for personal injuries allegedly arising from a trip and fall. *See* Exhibit 1. Plaintiff obtained service on Defendant on or about November 24, 2020.

### Jurisdiction

2. This Court possesses subject matter jurisdiction over this action because the matter presents a dispute between citizens of different states, and the amount in controversy is greater than $75,000.00. *See* 28 U.S.C. § 1332(a).

3. There is complete diversity of citizenship between the parties.

14409-1

(a) On information and belief, Plaintiff, KEN DANIELS, is a citizen of California.

(b) Defendant, FIFTH SEASON RESIDENTIAL, LLC, is an Illinois Limited Liability Company, and its single member is Robert E. Bradley, who is a citizen of Illinois.

4. The amount in controversy exceeds $75,000.00.

(a) In his Complaint, Plaintiff alleges that he suffered:

> severe and permanent injuries, both internally and externally; Plaintiff's brain and nervous system was greatly shocked and their function impaired; numerous muscle, blood vessels and tissue of Plaintiff's entire body were damaged such that there is permanent physical impairment, and she [sic], by reason thereof, became sick, sore and lame and has remained so for a long period of time, to-wit: from the time of the incident until the present time, Plaintiff has suffered and will continue to suffer intense pain and anguish by reason of said injuries; by reason of said injuries she [sic] has been unable to work for extended periods of time; and was compelled to and will be compelled to expend and become liable for large sums of money for hospital medical and surgical services, nursing care and attention in and about endeavoring to become healed and cured of said injuries.

(b) In his prayer for relief, Plaintiff prays for judgment against Defendant "in an amount in excess of $50,000.00, together with her costs herein."

(c) In an Illinois Supreme Court Rule 222 affidavit, Plaintiff's attorney certifies "that in [his] opinion the value of this case is in excess of $50,000.00."

## Timeliness of Removal

5. FIFTH SEASON RESIDENTIAL, LLC accordingly files this Notice within 30 days of service of the Complaint. *See* Ex. 1. Accordingly, this Notice of Removal is timely brought before this Court. *See* 28 U.S.C. § 1446(b).

14409-1

## Venue and Other Matters

6. Because this action was originally filed in Franklin County, Illinois, the action is properly removable to the United States District Court for the Southern District of Illinois. *See* 28 U.S.C. § 1441(a).

7. A copy of this Notice of Removal is being contemporaneously filed herewith with the Circuit Court of Franklin County, State of Illinois, instructing that no further proceedings shall be had until such time as this matter is remanded from this Court.

8. True and correct copies of all pleadings which demonstrate that this matter is removable is attached hereto as Ex. 1. *See* 28 U.S.C. § 1446(b).

WHEREFORE, Defendant, FIFTH SEASON RESIDENTIAL, LLC, requests that this Court assume full jurisdiction over the cause herein as provided by law, and that further proceedings in the Franklin County Circuit Court regarding the action be stayed. FIFTH SEASON RESIDENTIAL, LLC further respectfully demands that the trial of this matter in Federal Court be heard by a jury.

FIFTH SEASON RESIDENTIAL, LLC, d/b/a
FIFTH SEASON ASSISTED LIVING, Defendant

BY: /s/ Keith B. Hill
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Keith B. Hill, #6277660
Brittany P. Warren, #6325934

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia Street
Mark Twain Plaza III, Suite 100
Edwardsville, IL 62025
Phone: 618.656.4646
Primary E-Mail: edwecf@heylroyster.com
Secondary E-Mail #1: khill@heylroyster.com
Secondary E-Mail #2: bwarren@heylroyster.com

14409-1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this **23rd** day of **December, 2020**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Bryan A. Drew
Drew Law Group
806 Public Square
Benton, IL 62812
618-439-9406
service@drewlawgroup.com
**Attorney for Plaintiff**

                                                          /s/ Keith B. Hill
                        BY:_____
                              HEYL, ROYSTER, VOELKER & ALLEN, P.C.