## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## FRANKLIN COUNTY, ILLINOIS

KEN DANIELS,                                    )
                                            )
          PLAINTIFF,                        )
                                            )
    vs.                                              )   NO.  20-L-
                                            )
FIFTH SEASON RESIDENTIAL, LLC,         )
D/B/A, FIFTH SEASON ASSISTED LIVING,   )   **2020L39**
                                            )
          DEFENDANTS.                  )

FILED
Franklin Co. Circuit Court
2nd Judicial Circuit
Date: 11/16/2020 5:58 PM
Jim Muir

### COMPLAINT

#### Count I-

Now comes the Plaintiff, Ken Daniels, and by his attorneys, Drew Law Group, and for his Complaint against Fifth Season Residential, LLC, d/b/a Fifth Season Assisted Living, respectfully states as follows:

1. That on or about November 16 or 17, 2018, the Plaintiff had gone to visit his parents who were residing at Fifth Season Assisted Living on DuQuoin St., Benton, Illinois.

2. That on or about November 16 or 17, 2018 the Defendant, Fifth Season Residential, LLC, was a business located in Franklin County, Illinois.

3. That the Defendant, Fifth Season Residential, LLC does business as Fifth Season Assisted Living in Benton, Illinois at all times relevant hereto.

4. On said date the Plaintiff was walking on a sidewalk at the business location in Benton, Illinois of the Defendant when the Plaintiff tripped and fell on a sidewalk that had a gap and uneven pieces of concrete.

5. The Defendant was negligent on the day in question in that the Defendant failed to properly maintain their sidewalk and allowed the sidewalk to become in disrepair to the extent

Exhibit A

that it was dangerous for anyone to walk on.

6. That the incident described above and the damages hereinafter alleged were the direct and proximate result of one or more of the foregoing negligent acts or omissions by the Defendant.

7. That by reason of one or more of the foregoing negligent acts or omissions, the Plaintiff, has suffered severe and permanent injuries, both internally and externally; Plaintiff's brain and nervous system was greatly shocked and their functions impaired; numerous muscle, blood vessels and tissue of Plaintiff's entire body were damaged such that there is permanent physical impairment, and she, by reason thereof, became sick, sore and lame and has remained so for a long period of time, to-wit: from the time of the incident until the present time, Plaintiff has suffered and will continue to suffer intense pain and anguish by reason of said injuries; by reason of said injuries she has been unable to work for extended periods of time; and was compelled to and will be compelled to expend and become liable for large sums of money for hospital medical and surgical services, nursing care and attention in and about endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, Ken Daniels, prays for judgment against the Defendant, Fifth Season Residential, LLC, in an amount in excess of $50,000.00, together with her costs herein

Ken Daniels, PLAINTIFF,

By:

DREW LAW GROUP, HER ATTORNEYS

**DREW LAW GROUP**
**BRYAN A. DREW, IL ARDC #06271184**
**ATTORNEYS FOR PLAINTIFFS**
**806 Public Square**
**BENTON, IL 62812**

**Phone: (618) 439-9406**
**Email: Service@drewlawgroup.com**

## AFFIDAVIT

I, ___Bryan Drew___, of Drew Law Group, attorneys for the Plaintiff, being first duly

sworn under oath, in the above referenced matter have examined the facts and matters contained

in the Complaint filed in this matter and certify that in my opinion the value of this case is in

excess of $50,000.00.

By: _____
DREW LAW GROUP
ATTORNEYS FOR PLAINTIFF

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF FRANKLIN       )

Subscribed and sworn to before me this __16__ day of __November__, 2020.

_____
NOTARY PUBLIC

CHRISTEN DREW
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 04, 2024

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## FRANKLIN COUNTY, ILLINOIS

KEN DANIELS,                )

          )

         PLAINTIFF,     )

          )

   vs.                   )    NO.  20-L-

          )

FIFTH SEASON RESIDENTIAL, LLC,  )

D/B/A, FIFTH SEASON ASSISTED LIVING,  )    **2020L39**

          )

        DEFENDANTS.   )

FILED
Franklin Co. Circuit Court
2nd Judicial Circuit
Date: 11/16/2020 5:58 PM
Jim Muir

## COMPLAINT

### Count I-

Now comes the Plaintiff, Ken Daniels, and by his attorneys, Drew Law Group, and for his Complaint against Fifth Season Residential, LLC, d/b/a Fifth Season Assisted Living, respectfully states as follows:

1. That on or about November 16 or 17, 2018, the Plaintiff had gone to visit his parents who were residing at Fifth Season Assisted Living on DuQuoin St., Benton, Illinois.

2. That on or about November 16 or 17, 2018 the Defendant, Fifth Season Residential, LLC, was a business located in Franklin County, Illinois.

3. That the Defendant, Fifth Season Residential, LLC does business as Fifth Season Assisted Living in Benton, Illinois at all times relevant hereto.

4. On said date the Plaintiff was walking on a sidewalk at the business location in Benton, Illinois of the Defendant when the Plaintiff tripped and fell on a sidewalk that had a gap and uneven pieces of concrete.

5. The Defendant was negligent on the day in question in that the Defendant failed to properly maintain their sidewalk and allowed the sidewalk to become in disrepair to the extent

that it was dangerous for anyone to walk on.

      6.  That the incident described above and the damages hereinafter alleged were the direct and proximate result of one or more of the foregoing negligent acts or omissions by the Defendant.

      7.  That by reason of one or more of the foregoing negligent acts or omissions, the Plaintiff, has suffered severe and permanent injuries, both internally and externally; Plaintiff's brain and nervous system was greatly shocked and their functions impaired; numerous muscle, blood vessels and tissue of Plaintiff's entire body were damaged such that there is permanent physical impairment, and she, by reason thereof, became sick, sore and lame and has remained so for a long period of time, to-wit: from the time of the incident until the present time, Plaintiff has suffered and will continue to suffer intense pain and anguish by reason of said injuries; by reason of said injuries she has been unable to work for extended periods of time; and was compelled to and will be compelled to expend and become liable for large sums of money for hospital medical and surgical services, nursing care and attention in and about endeavoring to become healed and cured of said injuries.

      WHEREFORE, Plaintiff, Ken Daniels, prays for judgment against the Defendant, Fifth Season Residential, LLC, in an amount in excess of $50,000.00, together with her costs herein

                Ken Daniels, PLAINTIFF,

By: _____

                DREW LAW GROUP, HER ATTORNEYS

**DREW LAW GROUP**
**BRYAN A. DREW, IL ARDC #06271184**
**ATTORNEYS FOR PLAINTIFFS**
**806 Public Square**
**BENTON, IL 62812**

**Phone:  (618) 439-9406**
**Email: Service@drewlawgroup.com**

## AFFIDAVIT

I,  ___Bryan Drew___ , of Drew Law Group, attorneys for the Plaintiff, being first duly

sworn under oath, in the above referenced matter have examined the facts and matters contained

in the Complaint filed in this matter and certify that in my opinion the value of this case is in

excess of $50,000.00.

By: _____
        DREW LAW GROUP
        ATTORNEYS FOR PLAINTIFF


STATE OF ILLINOIS          )
                           ) SS
COUNTY OF FRANKLIN   )

Subscribed and sworn to before me this 16 day of ___November___, 2020.

_____
NOTARY PUBLIC

CHRISTEN DREW
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 04, 2024

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Franklin ▼ COUNTY | | |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | KEN DANIELS | |
| Enter your name as Plaintiff/Petitioner. | Plaintiff / Petitioner (First, middle, last name) | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | FIFTH SEASON RESIDENTIAL, LLC | 2020L39 |
| | Defendant / Respondent (First, middle, last name) | **Case Number** |

In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent.

In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

1. **Information about the lawsuit:**
   Amount claimed:      $ 50.00

2. **Contact information for the Plaintiff/Petitioner:**
   Name (First, Middle, Last):  KEN DANIELS
   Street Address, Apt #:   4029 SAWTELLE BLVD
   City, State, ZIP:   LOS ANGELAS, CA 90066
   Telephone: _____
   See attached for additional Plaintiff/Petitioner contact information

3. **Contact information for the Defendant/Respondent:**
   Name (First, Middle, Last):  FIFTH SEASON RESIDENTIAL, LLC C/O ROBERT BRADLEY
   Street Address, Apt #:   915 RADCLIFFE STREET
   City, State, ZIP:   MARION, IL 62959
   Telephone: _____
   See attached for additional Defendant/Respondent contact information

**Important Information for the person receiving this form:**

You have been sued.

Follow the instructions on the next page on how to appear/answer.

- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plantiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here:
  http://www.illinoiscourts.gov/forms/approved/default.asp

If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*

You should read all of the documents attached.

Enter the Case Number given by Circuit Clerk:_____

| In **4**, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response. |
|---|

**4.** **Instructions for person receiving this form (Defendant/Respondent):**
To respond to this *Summons* you must:

☐ Go to court:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____ Court Room: _____
City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:
On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

| **STOP!** The Circuit Clerk will fill in this section. |
|---|

Witness this date: _____11/17/2020_____

*Seal of Court*

Clerk of Court: *Jim Muir*

| **STOP!** The officer or process server will fill in the Date of Service. |
|---|

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: _____
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |
|---|---|

| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office. |
|---|---|

SU-S 1503.1          Page 2 of 4          (09/18)

FILED
Franklin Co. Circuit Co
2nd Judicial Circuit
Date: 11/24/2020 12:17
Jim Muir

AFFIDAVIT OF SERVICE

2020L39

| Case: 2020L39 | Court: Franklin | County: Franklin | Job: |
|---|---|---|---|
| Plaintiff / Petitioner: Ken Daniels | | Defendant / Respondent: Fifth Season Residential LLC | |
| Received by: Ryan McCollum | | For: Drew Law Group | |
| To be served upon: Fifth Season | | | |

I, Ryan McCollum, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: 5th Season Residential Office ? 915 Radcliffe Street Marion, IL 62959

Manner of Service: Authorized 10-24-20 9:10pm

Documents:

Additional Comments: Secretary Answered the locked Door- Stated She was the only Person there and that she will Not take Any Papers. I told her I was instructed to leave Papers here. She was very Hateful And tried to Shut Door on me So I dropped papers through the Door As she was shutting the Door, Then she Started Screaming to someone inside that I threw papers At them.

Subscribed and sworn to before me by the affiant who is personally known to me.

Ryan McCollum                    11-24-20
129.335979                        Date

Notary Public _____

Date _____ Commission Expires _____